No. 25-1208

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

_____

RAMONA MILAM, individually and on behalf
of all others similarly situated,

*Plaintiff-Appellant*,

v.

SELENE FINANCE,

*Defendant-Appellee*.

# MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S BRIEF AND APPENDIX

Pursuant to Federal Rule of Appellate Procedure 26 and Circuit Rule 26, Plaintiff-Appellant Ramona Milam requests a 30-day extension of time in which to file her opening brief and appendix. This is Plaintiff-Appellant's first request for an extension of time in which to file her opening brief and appendix. Currently, the initial brief is due March 25, 2025, and Plaintiff-Appellant seeks a 30-day extension to April 24, 2025. Defendant-Appellee consents to this motion.

An extension of time is warranted because it would be extremely difficult for counsel for Plaintiff-Appellant to complete the initial brief by an earlier date due to the following existing commitments and conflicts: a March 13, 2025 deadline to file an appellate brief in *Whitfield v. Selene Finance LP*, 24-14257 (11th Cir.); a March 14, 2025 deadline to file an appellate brief in *Avery v. TEKsystems, Inc.*, No. 24-5810 (9th Cir.); a March 20, 2025 deadline to file an appellate brief in *Corotoman, Inc. v. Central West Virginia Regional Airport Authority, Inc.*, No. 24-661

(W.V.); and a March 24, 2025 hearing in *Arnold v. Tradewind Flight Services, Inc.*, No. 22CVS001525-240 (Craven County, NC).

A declaration of counsel for Plaintiff-Appellant attesting to these facts is attached as Exhibit A.

For these reasons, Plaintiff-Appellant requests a 30-day extension of time in which to file her opening brief and appendix to April 24, 2025.

Respectfully submitted,

/s/*Shelby Leighton*

Shelby Leighton
Lucia Goin
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
sleighton@publicjustice.net
lgoin@publicjustice.net

Scott C. Harris
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
(919) 600-5000
sharris@milberg.com

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I certify that on March 13, 2025, I electronically filed the foregoing Motion via the CM/ECF system and served all parties or counsel via CM/ECF system.

/s/ *Shelby Leighton*
Shelby Leighton

# EXHIBIT A

No. 25-1208

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

_____

RAMONA MILAM, individually and on behalf
of all others similarly situated,

*Plaintiff-Appellant*,

v.

SELENE FINANCE,

*Defendant-Appellee*.

# DECLARATION OF SHELBY LEIGHTON IN SUPPORT OF MOTION FOR EXTENSION OF TIME

I, Shelby Leighton, declare as follows:

  1. I am counsel for Plaintiff-Appellant in the above-captioned appeal and admitted to practice in the U.S. Court of Appeals for the Seventh Circuit. I am over 18 years of age and make this declaration based on my personal knowledge in support of the of the Plaintiffs-Appellants' motion for a 60-day extension of time in which to file their initial brief.

  2. The deadline for Plaintiff-Appellant's opening brief and appendix in this matter is currently March 25, 2025.

  3. Plaintiff-Appellant has not previously requested an extension of time to file her opening brief and appendix in this matter.

  4. It would be extremely difficult for counsel for Plaintiff-Appellant to finish the opening brief without a 30-day extension due to existing conflicts and professional commitments before March 25, including a March 13, 2025 deadline to file an appellate brief in *Whitfield v.*

*Selene Finance LP*, 24-14257 (11th Cir.); a March 14, 2025 deadline to file an appellate brief in *Avery v. TEKsystems, Inc.*, No. 24-5810 (9th Cir.); a March 20, 2025 deadline to file an appellate brief in *Corotoman, Inc. v. Central West Virginia Regional Airport Authority, Inc.*, No. 24-661 (W.V.); and a March 24, 2025 hearing in *Arnold v. Tradewind Flight Services, Inc.*, No. 22CVS001525-240 (Craven County, NC).

5. Given these deadlines, with due diligence, and giving priority to the preparation of the brief, it will not be possible to file the brief on time without a 30-day extension.

6. Pursuant to Circuit Rule 26(3), on March 10, 2025, I notified counsel for Defendant-Appellee of Plaintiff-Appellant's intention to file a motion for an extension of time. By email on March 11, 2025, Counsel for Defendant-Appellee stated that it consents to this motion.

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ *Shelby Leighton*
Shelby Leighton
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
sleighton@publicjustice.net